**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| LIDIA G. JABLONSKI,<br><br>        Plaintiff,<br><br>vs.<br><br>WAL-MART STORES, INC.,<br><br>        Defendant. | 2:13-cv-01510-JAD-VCF<br>**ORDER** |

Before the court is the parties' Stipulation and Order to Extend the Deadline for Filing Dispositive Motions (#51).

IT IS HEREBY ORDERED that an in-chambers' telephonic hearing on the parties' Stipulation and Order to Extend the Deadline for Filing Dispositive Motions (#51) is scheduled for 1:30 p.m., October 27, 2015.

The parties are instructed to call telephone number: (702) 868-4911, access code: 123456, five minutes prior to the hearing time. The court will join the call and convene the proceedings. The call must be made on a land line. The use of a cell phone or speaker phone during the proceedings is prohibited.

DATED this 22nd day of October, 2015.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE