MARGARET A MCLETCHIE, Nevada Bar No. 10931
ALINA M. SHELL, Nevada Bar No. 11711
**MCLETCHIE SHELL LLC**
701 East Bridger Ave., Suite 520
Las Vegas, Nevada 89101
(702) 728-5300
maggie@nvlitigation.com
*Attorneys for Plaintiff, Lidia Jablonski*

ROGER L. GRANDGENETT II, ESQ., Nevada Bar No. 6323
**LITTLER MENDELSON, P.C.**
3960 Howard Hughes Pkwy., Suite 300
Las Vegas, NV 89169
(7020 862-8800
rgrandgennett@littler.com

JAMIE CHU, ESQ., Bar No. 10546
**LITTLER MENDELSON, P.C.**
2050 Main Street, Suite 900
Irvine, CA 92614
(949)705-3000
jchu@littler.com
*Attorneys for Defendant, Wal-Mart Stores, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LIDIA G. JABLONSKI,<br><br>                        Plaintiff,<br><br>vs.<br><br>WAL-MART STORES, INC.,<br><br>                        Defendant. | **Case No. 2:13-cv-01510-JAD-VCF**<br><br>**STIPULATION AND ORDER TO EXTEND THE DEADLINES FOR FILING RESPONSE AND REPLY TO DISPOSITIVE MOTIONS**<br><br>**[FIRST REQUEST]**<br><br>[ECF No. 59] |

In compliance with Local Rules 6-1 and 26-4, Plaintiff LIDIA G. JABLONSKI ("Plaintiff") and Defendant WAL-MART STORES, INC. ("Defendant"), by and through their attorneys of record, stipulate and agree to extend the time period for Plaintiff Lidia

1

1  Jablonski to file her response to Defendant's Motion for Summary Judgment, which is
2  currently due on May 27, 2016, to be extended to and including **June 27, 2016**. Further,
3  parties also stipulate and agree to extend the time period for Defendant to file its reply to
4  Plaintiff's Response to the Motion for Summary Judgment to and including **August 4, 2016**.
5  This is the first request for an extension of time.

6  This stipulation is made for good cause, in good faith, and not for purpose of delay.
7  This stipulation is necessary because counsel for Plaintiff has deadlines in other matters,
8  including a reply in a state post-conviction supplemental petition for a writ of habeas corpus
9  due on May 27, 2016, a reply in support of a motion to intervene in *United States v. Bundy,*
10 *et al.*, Dist. Ct. Case No. 2:16-cr-00046-GMN-PAL due on May 31, 2016, an evidentiary
11 hearing in a state post-conviction case on June 3, 2016, a hearing on a state post-conviction
12 supplemental petition for a writ of habeas corpus on June 8, 2016, as well as other deadlines
13 in state and federal matters. Additionally, counsel for Defendant has an answering brief due
14 with the United States Court of Appeals for the Ninth Circuit due on July 15, 2016, and has
15 a planned vacation from July 15, 2016, through July 29, 2016.
16 / / /
17 / / /
18 / / /
19 / / /
20 / / /
21 / / /
22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

This stipulation is also necessary because the parties are engaging in settlement conversation. The normal briefing set forth in Local Rule 7-2 will still be applicable.

Dated: May 20, 2016.                                Dated: May 20, 2016.

Respectfully submitted,                             Respectfully submitted,


/s/ *Alina M. Shell*                                /s/ *Jamie Chu, Esq.*
MARGARET A. MCLETCHIE                               ROGER L. GRANDGENETT II, ESQ.
ALINA SHELL                                         JAMIE CHU, ESQ.
MCLETCHIE SHELL LLC                                 LITTLER MENDELSON, P.C.

Attorneys for Plaintiff                             Attorneys for Defendant
LIDIA G. JABLONSKI                                  WAL-MART STORES, INC.


**IT IS SO ORDERED.**

Dated this __23rd__ day of __May_____, 2016.

_____
Jennifer A. Dorsey
United States District Judge

3