MARGARET A MCLETCHIE, Nevada Bar No. 10931
ALINA M. SHELL, Nevada Bar No. 11711
**MCLETCHIE SHELL LLC**
701 East Bridger Ave., Suite 520
Las Vegas, Nevada 89101
(702) 728-5300
maggie@nvlitigation.com
*Attorneys for Plaintiff, Lidia Jablonski*

Roger L. Grandgenett II, Esq., Nevada Bar No. 6323
**LITTLER MENDELSON, P.C**.
3960 Howard Hughes Pkwy., Suite 300
Las Vegas, NV 89169
(7020 862-8800
rgrandgennett@littler.com

Jamie Chu, Esq., Bar No. 10546
**LITTLER MENDELSON, P.C.**
2050 Main Street, Suite 900
Irvine, CA 92614
(949)705-3000
jchu@littler.com

*Attorneys for Defendant, Wal-Mart Stores, Inc.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LIDIA G. JABLONSKI,<br><br>       Plaintiff,<br><br>vs.<br><br>WAL-MART STORES, INC.,<br><br>       Defendant. | **Case No. 2:13-cv-01510-JAD-VCF**<br><br>**STIPULATION AND ORDER TO EXTEND THE DEADLINES FOR FILING RESPONSE AND REPLY TO DISPOSITIVE MOTIONS**<br><br>**[THIRD REQUEST]** |

In compliance with Local Rules 6-1 and 26-4, Plaintiff LIDIA G. JABLONSKI ("Plaintiff") and Defendant WAL-MART STORES, INC. ("Defendant"), by and through their attorneys of record, stipulate and agree to extend the time period for Plaintiff Lidia Jablonski to file her response to Defendant's Motion for Summary Judgment, which is

currently due on July 18, 2016, to be extended to and including **October 21, 2016**. Further, parties also stipulate and agree to extend the time period for Defendant to file its reply to Plaintiff's Response to the Motion for Summary Judgment to and including November 23, 2016.  This is the third request for an extension of time.

This stipulation is made for good cause, in good faith, and not for purpose of delay. This stipulation is designed to avoid unnecessary legal fees. Counsel for Defendants and Plaintiffs are pursuing mediation to resolve this matter, and are currently finalizing plans as to the form mediation should take.

This stipulation  is also necessary to because counsel for Plaintiff has deadlines in other matters, including an opening brief in the United States Court of Appeals for the Ninth Circuit in *United States v. Grimm* due on August 6, 2016, two reply briefs in the Nevada Supreme Court in *O.P.H. of Las Vegas v. Oregon Mutual Insurance et al.* due on August 10, 2016, as well as other deadlines in state and federal matters. Additionally, counsel for Plaintiff will be out of the district September 1 to September 10, 2016 and has a trial the week of September 26, 2016.  Roger L. Grandgenett II and Jamie Chu, counsel for Defendant, are also on vacation from August 13 to August 25, 2016 and July 15 to July 27, 2016, respectively.

Dated: July 18, 2016.

Respectfully submitted,

*/s/ Margaret A. McLetchie*
MARGARET A. MCLETCHIE
ALINA SHELL
MCLETCHIE SHELL LLC

Attorneys for Plaintiff
LIDIA G. JABLONSKI

Dated:  July 18, 2016.

Respectfully submitted,

*/s/ Roger L. Grangenett II, Esq.*
ROGER L. GRANDGENETT II, ESQ.
JAMIE CHU, ESQ.
LITTLER MENDELSON, P.C.

Attorneys for Defendant
WAL-MART STORES, INC.

**IT IS SO ORDERED.**

Dated:  July 19, 2016.

_____
UNITED STATES DISTRICT JUDGE