1  ROGER L. GRANDGENETT II, ESQ., Bar # 6323
   LITTLER MENDELSON, P.C.
2  3960 Howard Hughes Parkway, Suite 300
   Las Vegas, NV  89169-5937
3  Telephone:    702.862.8800
   Fax No.:      702.862.8811
4  E-mail:       rgrandgenett@littler.com

5  JAMIE CHU, ESQ., Bar # 10546
   LITTLER MENDELSON, P.C.
6  2050 Main Street, Suite 900
   Irvine, CA  92614
7  Telephone:    949.705.3000
   Fax No.:      949.724.1201
8  E-mail:       jchu@littler.com

9  Attorneys for Defendant
   WAL-MART STORES, INC.
10

11 BRADLEY BELLISARIO, ESQ., Bar #13452
   BELLISARIO LAW
12 2945 N. Martin Luther King Blvd.
   N. Las Vegas, NV 89032
   Telephone:    702.936.4800
13 Fax No.:      702.936.4801
   E-mail:       bradb@bellisariolaw.com
14

15 Attorneys for Plaintiff
   LIDIA JABLONSKI

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| LIDIA G. JABLONSKI, | |
|---|---|
| Plaintiff, | Case No. 2:13-cv-01510-JAD-VCF |
| vs. | **STIPULATION AND ORDER TO CONFIRM (ECF NO. 64) EXTENDING THE BRIEFING DEADLINES FOR DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** |
| WAL-MART STORES, INC., | |
| Defendant. | |

Plaintiff LIDIA G. JABLONSKI ("'Plaintiff') and Defendant WAL-MART STORES, INC. ("Defendant'"), by and through their attorneys of record, stipulate and agree to extend the time period for Defendant to file its reply to Plaintiff's Response to the Motion for Summary Judgment

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

(ECF No. 74) to and including November 23, 2016, pursuant to the prior stipulation extending the time for Plaintiff to file a response to Defendant's Motion for Summary Judgment as well as an extension of time for Defendant's to file their Reply to same. (ECF No. 64)

Pursuant to the stipulation and order granted by this Court (ECF No. 64), Plaintiff's Opposition was to be filed by October 21, 2016. However, prior to that date, Plaintiff's former counsel of record filed a Motion to Withdraw as counsel, which was subsequently granted on September 16, 2016. (ECF No. 71). As such, this Court provided Plaintiff until October 27, 2016 to retain new counsel and to file an opposition to Defendant's Motion. (ECF No. 71).

Plaintiff's current counsel of record filed a Notice of Appearance on October 27, 2016, and Plaintiff filed her Opposition on October 27, 2016. (ECF No. 74). The parties have conferred and agree to stipulate to the prior set due date of November 23, 2016 for Defendant to file its Reply to Plaintiff's Opposition to the Motion for Summary Judgment pursuant to the stipulation and order granted by this Court. (ECF No. 64). This stipulation and order has been filed in good faith and not for purpose of delay.

Dated: November 4, 2016

Respectfully submitted,

/s/ Bradley Bellisario, Esq.
BRADLEY BELLISARIO, ESQ.
BELLISARIO LAW, LLC

Attorneys for Plaintiff
LIDIA JABLONSKI

Dated: November 4, 2016

Respectfully submitted,

/s/ Jamie Chu, Esq.
ROGER L. GRANDGENETT II, ESQ.
JAMIE CHU, ESQ.
LITTLER MENDELSON, P.C.

Attorneys for Defendant
WAL-MART STORES, INC.

**ORDER**

**IT IS SO ORDERED.**

Dated this __7th__ day of November, 2016.

_____
UNITED STATES DISTRICT JUDGE
JENNIFER A. DORSEY

Firmwide:143785367.1 015602.8433

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

2.